# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140234

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                               SC: 140234
                                               COA: 287948

TENORA BAYSO BROOKS,
     Defendant-Appellant.
                                               Wayne CC: 07-012211-FH

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2010

_____
Clerk

d0302